IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00772-MSK-PAC

JAN A. KLING,

    Plaintiff,

v.

CENTENNIAL BOARD OF COOPERATIVE EDUCATIONAL SERVICES,

    Defendant.

_____

**OPINION AND ORDER ADOPTING RECOMMENDATION
AND DISMISSING ACTION**
_____

    **THIS MATTER** comes before the Court pursuant to the June 23, 2006 Recommendation **(# 9)** of United States Magistrate Judge Patricia A. Coan that the Plaintiff's Complaint be dismissed for failure to timely effectuate service of process under Fed. R. Civ. P. 4(m). The Magistrate Judge found thatas a sanction for the Plaintiff's failure to make periodic payments towards the filing fee under 28 U.S.C. § 1915(b). The Magistrate Judge found that although the Plaintiff filed the case on April 25, 2005, by September 14, 2005, no return of service had been filed, and indeed, the Plaintiff did not respond to a September 28, 2005 Order to Show Cause **(# 5)** why the case should not be dismissed. The Magistrate Judge recommended that the case be dismissed without prejudice for failure to effect service under Rule 4(m) and for failure to prosecute.

    More than 10 days have passed since the issuance of the Recommendation and no party has filed objections. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). Where no party files

objections to a recommendation, the Court applies whatever standard of review to that recommendation that it deems appropriate. *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir.1991). This Court has reviewed the recommendation under the otherwise applicable *de novo* standard of Fed. R. Civ. P. 72(b).

Upon a *de novo* review, the Court makes precisely the same factual findings as the Magistrate Judge did, and reaches the same conclusion for the same reasons as the Magistrate Judge. Accordingly, the Court **ADOPTS** the Recommendation **(# 12)** in its entirety. For the reasons stated, the Plaintiff's Complaint **(# 1)** is **DISMISSED** without prejudice, based on the Plaintiff's failure to effectuate service under Fed. R. Civ. P. 4(m) and for failure to diligently prosecute this action. The Clerk of the Court shall close this case.

Dated this 19th day of July, 2007

                                            **BY THE COURT:**

*Marcia S. Krieger*
_____

                                            Marcia S. Krieger
                                            United States District Judge